5675.   BELL *v.* ATLANTA TELEPHONE & TELEGRAPH CO.

BROYLES, J.   1. A second affidavit of illegality is not maintainable if based on the same facts that the first affidavit was based upon.   The fact that the first affidavit was dismissed, without a trial of the issues raised or attempted to be raised by it, does not make an exception to the rule. Civil Code, § 6288; *Hurt* v. *Mason,* 2 *Ga.* 367; *Leonard* v. *Collier,* 53 *Ga.* 388 (3); *Burnett* v. *Fouché,* 77 *Ga.* 550; *Fuller* v. *Vining,* 87 *Ga.* 600 (13 S. E. 635); *Baker* v. *Smith,* 91 *Ga.* 143 (16 S. E. 967); *Binder* v. *Ragsdale,* 100 *Ga.* 400 (28 S. E. 165); *Cone Export &c. Co.* v. *Mc-Calla,* 113 *Ga.* 17 (38 S. E. 336).

2. There was no error in dismissing the second affidavit of illegality, nor in overruling the motion for a new trial.          *Judgment affirmed.*

DECIDED FEBRUARY 3, 1915.

Affidavit of illegality; from municipal court of Atlanta.   April 19, 1914.

*Charles Montgomery Jr.,* for plaintiff in error.

*Dillon, Burress & Koback,* contra.